IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00221-WDM-MEH

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Plaintiff(s),

v.

TIM KIRKPATRICK, et al.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendants' motion to set aside clerk's default is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: May 22, 2006

                                                  s/ Jane Trexler, Secretary/Deputy Clerk