IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  06-cv-00221-WDM

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.

TIM KIRKPATRICK, individually and d.b.a HOGS BREATH SALOON & RESTAURANT,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motions to withdraw are granted.

    The July 27, 2006 hearing is vacated.  A written order will follow.

Dated:  July 25, 2006

                                              s/ Jane Trexler, Secretary/Deputy Clerk