IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00221-WDM-MEH

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.

TIM KIRKPATRICK, d/b/a Hogs Breath Saloon & Restaurant,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 10, 2006.**

    Plaintiff seeks to amend its Complaint to amend the caption of this case and to amend certain factual matters. Defendant filed its Answer on July 25, 2006, and Scheduling Order setting deadline for joinder of parties and amendment of pleadings has not yet been entered. Pursuant to Fed. R. Civ. P. 15 (a), the Court finds that justice requires this amendment for the just and efficient resolution of this matter. Accordingly, Plaintiff's Motion for Leave to Amend Declaratory Judgment Complaint [Filed October 5, 2006; Docket #65] is **granted**.