IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00221-WDM-MEH

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.

TIM KIRKPATRICK, d/b/a Hogs Breath Saloon & Restaurant,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 12, 2007.**

    Plaintiff's Unopposed Motion for Withdrawal of Crystal Littrell [Filed February 12, 2007; Docket #94] is **granted**.  Ms. Littrell's representation of Plaintiff is hereby terminated.