IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00221-WDM-MEH

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.

TIM KIRKPATRICK, d/b/a Hogs Breath Saloon & Restaurant,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 1, 2007.**

    The parties' Stipulated Request for Cancellation of Settlement Conference [Filed February 28, 2007; Docket #99] is **granted**.  The settlement conference set for March 12, 2007, is **vacated**.  The parties are directed to submit a status report within five days after a ruling has issued on the pending Motion for Summary Judgment, indicating whether a settlement conference is appropriate.