IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00221-WDM-MEH

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

      Plaintiff,

v.

TIM KIRKPATRICK, d/b/a Hogs Breath Saloon & Restaurant,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 12, 2007.**

      The Stipulated Motion to Vacate the Pretrial Conference [Filed April 11, 2007; Docket #107] is **granted**.  The Pretrial Conference scheduled for May 7, 2007, is **vacated**.  The parties are directed to contact Chambers in the event that such a conference is later necessary.